[No. 44647-9-I.    Division One.    January 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JERMAINE
MARCELL GARLAND, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 99-8-00796-6, John M. Darrah, J., entered April
29, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44357-7-I.    Division One.    January 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
WILLIAM JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 99-1-00023-9, David F. Hulbert, J.,
entered March 11, 1999. *Affirmed* by unpublished per
curiam opinion.

[No. 44842-1-I.    Division One.    January 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
COSTELLO, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-05624-8, Nicole MacInnes, J., entered
May 18, 1999. *Affirmed in part, reversed in part*, and
*remanded* by unpublished per curiam opinion.

[No. 15284-7-III.    Division Three.    February 1, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH
BENNETT STUDD, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 94-1-02166-5, Thomas E. Merryman,
J., entered October 20, 1995. *Affirmed* by unpublished
opinion per Kurtz, C.J., concurred in by Brown and Kato,
JJ.